**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7397**

BRANDON ROBERTS,

            Plaintiff – Appellant,

      v.

S.C. FARRIS; CALVIN SMITH; JOHN ROWLEY,

            Defendants – Appellees,

      and

KEITH DURST; FRED NASTRI,

            Defendants.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Alexander Williams, Jr., District Judge.  (8:09-cv-01385-AW)

Submitted:  August 25, 2011        Decided:  August 31, 2011

Before DAVIS, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brandon Roberts, Appellant Pro Se.  Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Roberts, a state prisoner, appeals the district court's order granting Defendants' motions to dismiss and for summary judgment and denying Roberts' motions to strike and for partial summary judgment on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Roberts v. Farris, No. 8:09-cv-01385-AW (D. Md. Sept. 16, 2010). We grant Roberts' motion to file a memorandum of law in lieu of an informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED